IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Criminal Case No. 13-cr-00219-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RODNEY G. DE LA TORRE-REYNA,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED the June 18, 2013, Identity, Preliminary and Detention Hearing is vacated and reset to **10:00 a.m. on June 19, 2013**, before Magistrate Judge Craig B. Shaffer, in Courtroom A402, pursuant to an unopposed request made by counsel for Defendant.

**DATED:**    June 17, 2013